JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW MURRAY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 8:20—cv—00600-AB-FFM<br><br>(Removed from Orange County Superior Court Case No. 30-2020-01133830-CU-BC-CJC)<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed:　February 24, 2020<br>Trial:　　　　None |

　　Upon review of the Plaintiff MATTHEW MURRAY and Defendant FORD MOTOR COMPANY, by and through their respective attorneys of record, stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further stipulate that each side shall be responsible for and bear its own costs, expenses and attorney's fees.

　　//

　　//

THEREFORE, **IT IS ORDERED** that the entire action is dismissed with prejudice.

Dated: June 26, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE